UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODRIGO HERNANDEZ, | ) | Case No. 2:19-cv-02184-AB-JC |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| | ) | |
| WILLIAM SULLIVAN, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition") and all of the records herein, including the October 29, 2021 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that the Petition is denied on the merits, this action is dismissed with prejudice and Judgment be entered accordingly.

///

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on petitioner and counsel for respondent.

IT IS SO ORDERED.

DATED: January 10, 2022



_____
HONORABLE ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE

2