UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRIGO HERNANDEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WILLIAM SULLIVAN,<br><br>　　　　Respondent. | Case No. 2:19-cv-02184-AB-JC<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied on the merits and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: January 10, 2022

_____
HONORABLE ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE